IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERESA M. PALMORE                                                                                    PLAINTIFF

v.                          NO. 3:22-cv-00081-PSH

KILOLO KIJAKAZI, Acting Commissioner of                                                DEFENDANT
the Social Security Administration

### ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending motion to reverse and remand. See Docket Entry 15. In the motion, she asks the Court to reverse and remand this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. 405(g).

The Commissioner represents that plaintiff Teresa M. Palmore ("Palmore") opposes the motion. For good cause shown, though, the motion is granted. This case is remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The dismissal of

this case is without prejudice to Palmore's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 24th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE