## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TERESA M. PALMORE                                                                PLAINTIFF

v.                    NO. 3:22-cv-00081-PSH

KILOLO KIJAKAZI, Acting Commissioner of                              DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Teresa M. Palmore.

IT IS SO ORDERED this 24th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE