IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


TERESA M. PALMORE                                                                PLAINTIFF


v.                          NO. 3:22-cv-00081-PSH


KILOLO KIJAKAZI, Acting Commissioner                               DEFENDANT
of the Social Security Administration


## ORDER

Plaintiff Teresa M. Palmore ("Palmore") has filed the pending unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act. See Docket Entry 18. In the motion, Palmore represents that her attorney and the attorney for the Acting Commissioner of the Social Security Administration ("Acting Commissioner") have agreed to an award of fees in the total amount of $6,500.00. The Court has confirmed the agreement with the attorney for the Acting Commissioner.

The Court has reviewed the motion and finds nothing unreasonable about it. The motion is granted, and attorney's fees in the total amount of $6,500.00 are awarded to Palmore. The Department of Treasury shall issue

payment of this award by check made payable to Palmore, in care of her attorney, Karl E. Osterhout, ("Osterhout"), and shall mail the check to Osterhout at his Oakmont, Pennsylvania, address.

IT IS SO ORDERED this 18th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE